IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KRYSTAL BLEDSOE                                                               PLAINTIFF

v.                                      Case No. 6:25cv-6023

CITY OF CADDO VALLEY, ARKANSAS;
LIEUTENANT JAMES BROWN; and
OFFICER ISAAC PERRY                                    DEFENDANTS

**ORDER**

      Before the Court is the Report and Recommendation filed on October 14, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33.  Judge Ford recommends that Defendants' Motion for Judgment on the Pleadings (ECF No. 16) be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation (ECF No. 33) *in toto.*  Accordingly, Defendants' Motion for Judgment on the Pleadings (ECF No. 16) is **DENIED**.

      **IT IS SO ORDERED**, this 10th day of November, 2025.

                                                                    /s/ Susan O. Hickey
                                                                      Susan O. Hickey
                                                                      Chief United States District Judge