IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KRYSTAL BLEDSOE                                                                    PLAINTIFF

v.                                            Case No. 6:25-cv-6023

CITY OF CADDO VALLEY, ARKANSAS;
LIEUTENANT JAMES BROWN;
OFFICER ISAAC PERRY; and
CHIEF ASHLEY COLLIER                                                              DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 84.  Judge Ford recommends that Plaintiff's Motion for Partial Summary Judgment (ECF No. 60) be denied.  Judge Ford further recommends that Defendants' Motion for Summary Judgment (ECF No. 64) be granted and Plaintiff's claims dismissed with prejudice.  No party has filed objections to the Report and Recommendation, and the time to object has passed.[1]  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 84) *in toto.*  Accordingly, Plaintiff's Motion for Partial Summary Judgment (ECF No. 60) is **DENIED**, and Defendants' Motion for Summary Judgment (ECF No. 64) is **GRANTED**.  Further, Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

     **IT IS SO ORDERED**, this 28th day of July, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge

---

[1] The Court notes that on June 26, 2026, Plaintiff filed a Notice of Medical Condition and Supplemental Disclosure, which states that she was hospitalized in Los Angeles, California, from April 30, 2026, to May 8, 2026.  ECF No. 85. Plaintiff asks the Court to "take notice of these circumstances in connection with any pending filing timelines."  ECF No. 85, ¶ 3.  Plaintiff's response to Defendants' Motion for Summary Judgment was due on April 3, 2026, and Plaintiff did not file a response.  The Report and Recommendation was entered on June 25, 2026, and any objections to the Report and Recommendation were due on July 13, 2026.  Plaintiff did not file objections.  However, it does not appear that Plaintiff's hospitalization from April 30. 2026, to May 8, 2026, would have prevented Plaintiff from filing her response or objections.